| | |
|---|---|
| 1 | **PINNOCK & WAKEFIELD, A.P.C.** |
| | Michelle L. Wakefield, Esq.  Bar #: 200424 |
| 2 | David C. Wakefield, Esq.    Bar #: 185736 |
| | 3033 Fifth Avenue, Suite 410 |
| 3 | San Diego, CA 92103 |
| | Telephone: (619) 858-3671 |
| 4 | Facsimile: (619) 858-3646 |

FILED
2006 OCT 13  PM 3:28
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANTIC ASHANTI'S CAUSE, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS; and THEODORE A. PINNOCK, An Individual,<br><br>Plaintiffs,<br><br>v.<br><br>MIRAMAR PLAZA, LLC; And DOES 1 THROUGH 10, Inclusive<br><br>Defendants. | Case No.: 06cv0783 W (JMA)<br><br>STIPULATED DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS FROM PLAINTIFFS' COMPLAINT AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY AND ORDER THEREON.<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

**IT IS HEREBY STIPULATED** by and between MANTIC ASHANTI'S CAUSE, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS; and THEODORE A. PINNOCK, An Individual, Plaintiffs, on the one hand, and Defendant, MIRAMAR PLAZA, LLC; on the other hand, through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendant MIRAMAR PLAZA, LLC from Plaintiffs' Complaint, Case Number 06cv0783 W

1    Case Number: 06cv0783 W (JMA)

Document Date: September 27, 2006

(JMA). Additionally, Plaintiffs request that the Complaint be dismissed with prejudice in its entirety.

**IT IS SO STIPULATED.**

Dated: **10/3**, 2006         **PINNOCK & WAKEFIELD, A.P.C.**

                              By: /s/ David C. Wakefield
                              MICHELLE L. WAKEFIELD, ESQ.
                              DAVID C. WAKEFIELD, ESQ.
                              Attorneys for Plaintiffs

Dated: **9-28**, 2006         **STARK & D'AMBROSIO, LLP**

                              By: /s/ James A. D'Ambrosio
                              JAMES A. D'AMBROSIO, ESQ.
                              Attorney for Defendant

**ORDER ON NOTICE OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY**

**IT IS HEREBY ORDERED** that Defendant MIRAMAR PLAZA, LLC is dismissed with prejudice from Plaintiffs' Complaint, Case Number: 06cv0783 W (JMA). Additionally, Plaintiffs' Complaint is dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: **10/13/06**            _____
                              HONORABLE THOMAS J. WHELAN
                              UNITED STATES DISTRICT COURT JUDGE

2        Case Number: 06cv0783 W (JMA)

Document Date: September 27, 2006